[No. 10,685.—Department Two.]

## THE PEOPLE *v.* LOUIS HELBING.

59   567
115   338

ASSAULT WITH A DEADLY WEAPON — VERDICT. — The defendant was indicted for an assault with a deadly weapon with intent to inflict great bodily injury; and pleaded not guilty and a former acquittal. The jury found a verdict of guilty.

*Held:* There must be a verdict upon both issues before there can be a judgment of conviction.

ID.—STATUTE OF LIMITATIONS—MISDEMEANOR—FELONY.—The one year's bar does not apply to the offense charged.

APPEAL from a judgment of conviction, and from an order denying an arrest of judgment and from an order refusing defendant a new trial in the Superior Court of the City and County of San Francisco. FREELON, J.

*R. Percy Wright,* for Appellant.

*A. L. Hart,* Attorney General, for Respondent.

The COURT:

The defendant pleaded not guilty and former acquittal. The jury returned a verdict of guilty, but did not find upon the plea of former acquittal. There must be a verdict upon that as upon the plea of not guilty, before there can be a judgment of conviction. (*People* v. *Kinsey,* 51 Cal. 279.)

The indictment is not for a misdemeanor, but for a felony, viz., an assault with a deadly weapon with intent to inflict great bodily injury; therefore the one-year bar does not apply to it.

Judgment and order reversed and cause remanded for a new trial.